UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIS DISMUKE MURRAY,<br>Petitioner,<br>v.<br>XAVIER BECERRA,<br>Respondent. | Case No. 16-cv-05640-HSG<br>**ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER**<br>Re: Dkt. No. 18 |

Good cause being shown, Respondent's request for an extension of time to file an answer or other responsive pleading is GRANTED. Dkt. No. 18. By December 22, 2017, Respondent shall file with the Court and serve on Petitioner an answer or other responsive pleading in this case. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within thirty (30) days of the date the answer is filed.

This order terminates Docket No. 18.

**IT IS SO ORDERED.**

Dated: 10/25/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge