# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

WILLIS DISMUKE MURRAY,

Petitioner,

v.

XAVIER BECERRA,

Respondent.

Case No. 16-cv-05640-HSG

**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE ANSWER**

Re: Dkt. No. 20

Good cause being shown, Respondent's request for a second extension of time to file an answer or other responsive pleading is GRANTED. Dkt. No. 20. By January 5, 2018, Respondent shall file with the Court and serve on Petitioner an answer or other responsive pleading in this case. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within thirty (30) days of the date the answer is filed.

This order terminates Docket No. 20.

**IT IS SO ORDERED.**

Dated: 12/20/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge