UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIS DISMUKE MURRAY,<br><br>    Petitioner,<br><br>    v.<br><br>XAVIER BECERRA, California Attorney General<br><br>    Respondent. | Case No. 16-cv-05640-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order Denying Petition for a Writ of Habeas Corpus; Denying Certificate of Appealability, judgment is entered in favor of Respondent. The Clerk shall close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 2/7/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge